IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., AT&T INC., AT&T MOBILITY LLC, VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, SPRINT CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., BOOST MOBILE, LLC, T-MOBILE USA, INC., and T-MOBILE US, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 3:17-cv-2805-K<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SPRINT CORPORATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and their letter agreement of December 13, 2017, Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant Sprint Corporation stipulate to the dismissal of, and hereby move for an order dismissing, all claims asserted in this action by CCE against Sprint Corporation, WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.  CCE and Sprint Corporation request that the Court enter the attached order, accordingly.

CCE has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim that CCE has, or may have in the future, against any other party named in this action.  All such rights have been, and are, expressly reserved.

DATED: December 18, 2017                          Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>NELSON BUMGARDNER PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | */s/ Mark W. McGrory*<br>Mark W. McGrory<br>ERISE IP, P.A.<br>7015 College Blvd, Suite 700<br>Overland Park, KS 66211<br>Phone: (913) 777-5600<br>Fax: (913) 777-5601<br>mark.mcgrory@eriseip.com<br><br>Shaun W. Hassett<br>Texas Bar No. 24074372<br>McGuireWoods LLP<br>2000 McKinney Avenue, Suite 1400<br>Dallas, TX 75201<br>T: (214) 932-6418<br>F: (214)-932-6499<br>shassett@mcguirewoods.com<br><br>**ATTORNEYS FOR DEFENDANTS SPRINT CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC** |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Sprint and counsel for CCE complied with the meet and confer requirement of Local Rule CV-7.1 and that this stipulation is agreed.

                                          */s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 18th day of December, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                          */s/ Edward R. Nelson III*