IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**CELLULAR COMMUNICATIONS EQUIPMENT LLC,**

Plaintiff,

**v.**

**ZTE CORPORATION, ET AL.,**

Defendants.

Civil Action No. 3:17-cv-2805

**JURY TRIAL DEMANDED**

**JOINT MOTION TO SEVER AND STAY**
**CLAIMS AGAINST THE CARRIER DEFENDANTS**

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants AT&T Mobility LLC, Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, Inc., and T-Mobile US, Inc. (collectively, the "Carrier Defendants") move jointly to sever and stay CCE's claims against the Carrier Defendants in Civil Action No. 3:17-cv-2805 (the "2805 Action") so that CCE can proceed on its claims against ZTE (USA), Inc. ("ZTE"). ZTE does not oppose this motion.

Good cause exists for severing and staying CCE's claims against the Carrier Defendants. The adjudication of CCE's claims against ZTE would likely dispose of or resolve the major issues concerning CCE's claims against the Carrier Defendants. *See Spread Spectrum Screening LLC v. Eastman Kodak Co.*, 657 F.3d 1349, 1358 (Fed. Cir. 2011) (recognizing that "the manufacturer's case need only have the potential to resolve the 'major issues' concerning the claims against the customer—not every issue—in order to justify a stay of the customer suits."). Indeed, if CCE proceeds to trial against ZTE, the Carrier Defendants have agreed to be bound on

the issues of invalidity and infringement consistent with the Court's ruling in *Cellular Communications Equipment LLC v. Apple Inc., et al.*, Case No. 6:14-cv-251 (E.D. Tex.), which states that "the Carriers have agreed to be bound by the invalidity and infringement rulings in this case as to [the manufacturer]." *Cellular Commc'ns Equip. LLC v. Apple Inc.*, *et al.*, Case No. 6:14-cv-251, Slip op. (Dkt. No. 245) at 6 (E.D. Tex. Aug. 26, 2016). Severing and staying CCE's claims against the Carriers Defendants would therefore facilitate the convenient, efficient, and less expensive determination of the 2805 Action.

Courts have routinely granted similar joint requests to sever and stay in a number of other cases involving CCE and the Carrier Defendants. *See, e.g.*, *Cellular Commc'ns Equip. LLC. V. HTC Corp.*, Case No. 6:16-cv-475, Dkt. No. 109 (E.D. Tex. May 3, 2017); *Cellular Commc'ns Equip. LLC v. Apple Inc.*, Case No. 6:14-cv-251, Dkt. No. 245 (E.D. Tex. August 26, 2016). And the parties to this motion believe that the same result should hold here.

Accordingly, for the forgoing reasons, the parties to this joint motion submit that good cause exists for severing and staying CCE's claims against the Carrier Defendants in the 2805 Action. Doing so will allow the parties to resolve CCE's claims in the most efficient way possible. A Proposed Order is submitted with this Joint Motion for the Court's consideration and entry.

**Dated: March 2, 2018** **Stipulated and Agreed,**

| | |
|---|---|
| /s/ Edward R. Nelson III<br>Edward R. Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>Thomas C. Cecil | /s/ Nicole S. Cunningham<br>Nicole S. Cunningham<br>CA State Bar No. 234390<br>Steve A. Moore<br>CA State Bar No. 232114<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>501 West Broadway, Suite 1100 |

tom@nelbum.com
Texas State Bar No. 24069489
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC**

San Diego, California 92101
(619) 544-3119
(619) 236-1995 (fax)
Nicole.Cunningham@PillsburyLaw.com
Steve.Moore@PillsburyLaw.com

**ATTORNEYS FOR AT&T MOBILITY LLC**

*<u>/s/ Chris Patton</u>*
Chris Patton
Texas Bar No. 24083634
LYNN PINKER COX & HURST, LLP
2100 Ross Ave., Ste. 2700
Dallas, TX 75201
T: (214) 292-3631
F: (214) 981-3838
cpatton@lynllp.com

Douglas J. Dixon (Pro Hac Vice)
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 226-6741
DDixon@hueston.com

**ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.**

*<u>/s/ Shaun W. Hassett</u>*
Mark W. McGrory
ERISE IP, P.A.
7015 College Blvd, Suite 700
Overland Park, KS 66211
Phone: (913) 777-5600
Fax: (913) 777-5601
mark.mcgrory@eriseip.com

Shaun W. Hassett
Texas Bar No. 24074372
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
T: (214) 932-6418
F: (214)-932-6499
shassett@mcguirewoods.com

**ATTORNEYS FOR SPRINT CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P. AND BOOST MOBILE, LLC**

*<u>/s/ Rex A. Mann</u>*
Thomas M. Dunham
D.C. Bar No. 448407
tdunham@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817

Tel: (202) 282-5000
Fax: (202) 282-5100

Anup K. Misra
New York Bar No. 473836
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Tel: (212) 294-7000
Fax: (212) 294-4000

Rex A. Mann
Texas Bar No. 24075509
rmann@winston.com
WINSTON & STRAWN LLP
2501 N. Harwood St., 17th Fl.
Dallas, TX 75201
Tel: (214) 453-6500
Fax: (214) 453-6400

**ATTORNEYS FOR VERIZON COMMUNICATIONS INC. AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV 7.1, the undersigned certifies that CCE and the Carrier Defendants are in agreement as to the relief sought and, therefore, jointly bring this motion. The undersigned also certifies that Defendant ZTE is unopposed.

*/s/ Edward R. Nelson III*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV 5.1 on this 2nd day of March, 2018. As of this date all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV 5.1(d).

*/s/ Edward R. Nelson III*